Submitted on record and briefs December 18, 1992, reversed and remanded for reconsideration January 20, 1993

In the Matter of the Compensation of
Rick L. Mitchell, Claimant.

ARATEX SERVICES, INC.,
*Petitioner,*

*v.*

Rick L. MITCHELL,
*Respondent.*

(WCB 91-08260; CA A75438)

844 P2d 283

Sandra K. Haynes, Salem, filed the brief for petitioner.

Jerome F. Bischoff and Bischoff & Strooband, P.C., Eugene, filed the brief for respondent.

Before Richardson, Chief Judge, and Deits and Durham, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron,* 114 Or App 64, 836 P2d 131, *rev den* 315 Or 271 (1992).